

FILED
09/15/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 20-0394

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0394

WESTERN NATIVE VOICE, MONTANA
NATIVE VOTE, ASSINIBOINE AND SIOUX
TRIBES OF FORT PECK, BLACKFEET
NATION, CONFEDERATED SALISH AND
KOOTENAI TRIBES, CROW TRIBE, FORT
BELKNAP INDIAN COMMUNITY,

Plaintiffs and Appellees,

v.

COREY STAPLETON, in his official capacity
as Montana Secretary of State, TIM FOX, in his
official capacity as Montana Attorney General,
JEFF MANGAN, in his official capacity as
Montana Commissioner of Political Practices,

Defendants and Appellants.

FILED

SEP 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Jason B. Torchinsky of Haymarket, Virginia, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Jason B. Torchinsky to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Jason B. Torchinsky, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 15 day of September, 2020.

For the Court,

By _____
Chief Justice

2